IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:05-CR-00061-04-BRW

MARK CHRISTOPHER GILLESPIE

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 217). The Clerk's office is directed to issue a summons for the defendant, Mark Christopher Gillespie, and a Hearing on the Motion is set for **Friday, August 7, 2015 at 10:00 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, **Courtroom #389**, Little Rock, Arkansas. Molly Sullivan, Assistant Federal Public Defender, is appointed to represent Mr. Gillespie.

IT IS SO ORDERED this 21st day of July, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE